WRIT NO. W10-01184-J(E)    77,138-25

EX PARTE

SENRICK WILKERSON

IN THE COURT OF
CRIMINAL APPEALS of
AUSTIN, TEXAS

## MOTION FOR RE-HEARING

MOTION DENIED
DATE: 3-31-15
BY: ~~Greetings &~~

TO THE COURT OF CRIMINAL APPEALS JUDGES:

COMES NOW, Senrick Wilkerson, the Applicant in the above and numbered cause and files this Motion for Re-hearing and in support of such motion will show to the court the following:

Quoting the Court of Criminal Appeals, dated 3/11/2015: "The court has dismissed without written order this subsequent application for a writ of habeas corpus, TEX. CODE CRIM. PROC, Art, 11.07, Sec. 4(a)-(c)." Writ No. W10-01184-J(E) was not a subsequent application to challenge the conviction. This writ was for an out-of-time appeal in which Applicant specifically checked the box on the first page of the application, page 1. Applicant also hand-wrote the notations on the page one (1), indicating out-of-time appeal. The entire State of Texas continues to show prejudice towards Applicant in denying him his due process.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion is GRANTED.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit 7E-2-17T
1100, FM 655
Rosharon, TX 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, the foregoing motion has been U.S. mailed to: Court of Criminal Appeals, P.O. Box 12308, Austin Texas 78711.

SENRICK WILKERSON

P.S. Safeguard my Liberty

March 23, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RE: PREJUDICE PREJUDICE PREJUDICE

ATTN: Court of Criminal Appeals in Austin

When has the Laws of Texas changed, where a prosecutor can falsify documents against a BLACK MAN, to show that he was arrested on four (4) different arrest dates, that never once occurred? When has the Texas Law changed where a BLACK MAN can be tried on sex offenses without never getting arrested, and never getting arraigned for them? But your Texas Law requires a first preliminary initial appearance for every felony offense that is charged, after an arrest. See Article 15, 17 Code of Crim, Proc.

The Clerk's record for cause Nos. F10-01183 & F10-01184, specifically has the documents of; JUDGMENT OF CONVICTION BY JURY and NOTICE OF DISPOSITION. Both documents show that I was arrested for both sex offenses on 9/7/2008, and released on bond, 9/8/2008. If this is truth; Then the prosecutor and Dallas County District Attorney's office totally violated Articles 32.01 & 32A.02 Code Crim. Proc., due to the fact that both indictments were filed on 11/24/2010. Thats 26 months later, after the alleged arrest on 9/7/2008.

Please explain why the Dallas Police Department and the Dallas County District Clerk's office can not produce these following documents from F10-01183 sexual performance by a child & F10-01184 sexual assault on a child;
1) The files are missing,

2) There are no Complaint Affidavits,
3) There are no probable cause information,
4) There are no ~~Arrest~~ Arrest Reports,
5) There are no Offense Reports,
6) There are no book-in informations,
7) There are no Sworn Arrest Affidavits,
8) There is no Arraignment Information, and
9) There is no first preliminary initial appearance information.

The Court of Criminal Appeal is also showing prejudice against Applicant for its failure to exercise due diligence in thoroughly investigating these illegal errors. If the Dallas County Courts stated to this court, that I was a 6'5", white male, with blonde hair and blue eyes. This Court would agree because this court never does the proper investigation. Shame on you. A copy of this letter will be forwarded to, 60 minutes investigator and 20/20's investigator.

Respectfully